R. Bradford Huss, No. 71303
Brian D. Murray, No. 294100
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
bmurray@truckerhuss.com

Attorneys for Defendants
VALLEY CHILDREN'S HOSPITAL
EMPLOYEE HEALTH CARE PLAN and
VALLEY CHILDREN'S HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PERSINGER, | Case No. 1:21-CV-00496-NONE-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION EXTENDING TIME TO FILE AND SERVE ADMINISTRATIVE RECORD** |
| v. | |
| VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN and VALLEY CHILDREN'S HOSPITAL, | (Doc. 13) |
| Defendants. | |

On June 23, 2021, Plaintiff Karen Persinger ("Plaintiff") and Defendants Valley Children's Hospital Employee Health Care Plan and Valley Children's Hospital (collectively, "Defendants") filed a Stipulation Extending Time to Serve and File Administrative Record (the "Stipulation"), requesting that the deadlines for Defendants to serve and file the Administrative Record be extended. (Doc. 13.)

Pursuant to the parties' Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the deadline for Defendants to serve the Administrative Record is extended from June 24, 2021, to July 23, 2021. Defendants shall file the Administrative Record by no later than November 30, 2021.

IT IS SO ORDERED.

Dated: **June 24, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE