1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| KAREN PERSINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY CHILDREN'S HOSPITAL EMPLOYEE HEALTH CARE PLAN; VALLEY CHILDREN'S HOSPITAL,<br><br>    Defendants. | Case No. 1:21-cv-00496-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND VARIOUS DATES**<br><br>(Doc. 39) |
|---|---|

Having reviewed the parties' Stipulation to Extend Various Dates (Doc. 39), and for good cause shown, the Court hereby GRANTS the parties' request to modify their trial briefing schedule. The Scheduling Order (Doc. 12) is hereby MODIFIED as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Filing of Opening Trial Briefs | February 22, 2022 | June 9, 2022 |
| Filing of Responsive Trial Briefs | March 29, 2022 | July 8, 2022 |
| Trial Setting Conference | April 26, 2022 | August 12, 2022 at 1:30 p.m. |

///

///

///

The Settlement Conference is RESET for May 12, 2022, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto.  A telephonic Pre-Settlement Conference is SET for May 5, 2022, at 4:00 p.m.  An Amended Order re Settlement Conference will follow.

IT IS SO ORDERED.

Dated:   **February 22, 2022**                           /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE